PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:92CR00219-003** |
| ) | |
| **GERARD L. NELSON** ) | |
| ) | |

On January 19, 1993, the above-named was placed on supervised release for a period of five years which commenced on July 30, 2004. Mr. Nelson has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/Lori L. Koehnen
**LORI L. KOEHNEN
Senior United States Probation Officer**

Dated:      August 11, 2008
                Sacramento, California
                LLK/cp

**REVIEWED BY:**     /s/Kyriacos M. Simonidis
                **KYRIACOS M. SIMONIDIS
                Supervising United States Probation Officer**

**Re:   Gerard L. NELSON**
       **Docket Number:   2:92CR00219-003**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

| | |
|---|---|
|  August 13, 2008 | /s/ Edward J. Garcia |
| **Date** | **EDWARD J. GARCIA** |
| | **Senior United States District Judge** |

Attachment:   Recommendation
cc:     United States Attorney's Office